ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
VICTOR A. RODGERS          JS-6
California Bar No. 101281
Assistant United States Attorney
Asset Forfeiture Section
    Federal Courthouse, 14th Floor
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-2569
    Facsimile: (213) 894-7177
    E-mail: Victor.Rodgers@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CV 10-3436-JFW(PLAx) |
| Plaintiff, | |
| v. | **CONSENT JUDGMENT OF FORFEITURE** |
| $507,998.80 IN BROKERAGE FUNDS AND $2,880.00 IN U.S. CURRENCY, | |
| Defendants. | |
| LI CHEN AND THANH LY, | |
| Claimants. | |

On or about May 7, 2010, Plaintiff United States of America ("the government," "the United States of America" or "plaintiff") filed a Complaint for Forfeiture alleging that the defendants

$507,998.80 in Brokerage Funds and the defendant $2,880.00 in U.S. Currency (collectively, the "defendants") are subject to forfeiture pursuant to 18 U.S.C. § 981(a)(1)(A) and (C).

Claimants Li Chen and Thanh Ly (collectively, "claimants") filed their respective claims to the defendants on or about July 12, 2010 and an answer to the Complaint on or about July 8, 2011. No other parties have appeared in this case and the time for filing claims and answers has expired.

The government and claimants have now agreed to settle this action and to avoid further litigation by entering into this Consent Judgment of Forfeiture.

The Court, having been duly advised of and having considered the matter, and based upon the mutual consent of the parties hereto,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

1. This Court has jurisdiction over the subject matter of this action and the parties to this Consent Judgment of Forfeiture.

2. The Complaint for Forfeiture states a claim for relief pursuant to 18 U.S.C. § 981(a)(1)(A) and (C).

3. Notice of this action has been given as required by law. No appearances have been made in the litigation by any person other than claimants. The Court deems that all other potential claimants admit the allegations of the Complaint for Forfeiture to be true.

4. The sum of $95,000.00 only (without interest) shall be returned to claimant Li Chen. The remainder of the defendants (i.e., $412,998.80 of the defendant $507,998.80 in brokerage funds and the defendant $2,880.00 in U.S. Currency), plus the interest earned by the United States of America on the defendants shall be

1  condemned and forfeited to the United States of America, which
2  shall dispose of those funds in accordance with law.
3       5.   A total of $57,000.00 of the $95,000.00 in funds to be
4  returned pursuant to paragraph 4 shall be paid to claimant Li Chen
5  by electronic transfer directly into a bank account designated by
6  claimant Li Chen.  Claimant Li Chen (through her attorneys of
7  record in this case) shall provide to the United States of America
8  the necessary information in order for the United States of America
9  to complete the $57,000.00 wire transfer, including the bank name
10 and address with respect to the bank where the wire transfer is to
11 be made, and the bank account name, account number, account type
12 and wire transfer routing number.  The remaining $38,000.00 of the
13 funds to be returned, which claimants' attorneys of record
14 represent belongs to them, shall be paid by electronic transfer
15 directly into the general account of Sherman & Sherman, which law
16 firm shall provide to the United States of America the necessary
17 information in order for the United States of America to complete
18 the $38,000.00 wire transfer, including the Sherman & Sherman
19 taxpayer identification number, bank name and address with respect
20 to the bank where the wire transfer is to be made, and the bank
21 account name, account number, account type and wire transfer
22 routing number.
23      6.   Claimants, and each of them, hereby release the United
24 States of America, its agencies, agents, officers, employees and
25 representatives, including, without limitation, all agents,
26 officers, employees and representatives of the Department of
27 Justice, the Department of Homeland Security, the United States
28 Customs and Border Protection, the United States Immigration and

Customs Enforcement and their respective agencies, as well as all agents, officers, employees and representatives of any state or local governmental or law enforcement agency involved in the investigation or prosecution of this matter, from any and all claims, actions, or liabilities arising out of this action, including, without limitation, any claim for attorney fees, costs, and interest, which may be asserted by or on behalf of claimant, or either of them, whether pursuant to 28 U.S.C. § 2465 or otherwise.

7.   The Court finds that there was reasonable cause for the seizure of the defendants and institution of these proceedings. This judgment shall be construed as a certificate of reasonable cause pursuant to 28 U.S.C. § 2465.

8.   The Court further finds that claimants did not substantially prevail in this action, and the parties hereto shall bear their own attorney fees and costs.

DATED:   January 31, 2013

_____
THE HONORABLE JOHN F. WALTER
UNITED STATES DISTRICT JUDGE

...

## CONSENT

The parties hereto consent to the above judgment and waive any right of appeal.

DATED: January 30, 2013

ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section

/s/ Victor A. Rodgers
VICTOR A. RODGERS
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

DATED: January 29, 2013

SHERMAN & SHERMAN
A Professional Corporation
LAW OFFICE OF ERIC HONIG

/s/ Janet Sherman
JANET SHERMAN/ERIC HONIG
Attorneys for Claimants
LI CHEN and THANH LY

DATED: January 29, 2013

/s/ Li Chen
LI CHEN
CLAIMANT

DATED: January 29, 2013

/s/ Thanh Ly
THANH LY
CLAIMANT