```
 1  ANDRÉ BIROTTE JR.
    United States Attorney
 2  ROBERT E. DUGDALE
    Assistant United States Attorney
 3  Chief, Criminal Division
    STEVEN R. WELK
 4  Assistant United States Attorney
    Chief, Asset Forfeiture Section
 5  VICTOR A. RODGERS                                    JS-6
    California Bar No. 101281
 6  Assistant United States Attorney
    Asset Forfeiture Section
 7       Federal Courthouse, 14th Floor
         312 North Spring Street
 8       Los Angeles, California 90012
         Telephone: (213) 894-2569
 9       Facsimile: (213) 894-7177
         E-mail: Victor.Rodgers@usdoj.gov
10
    Attorneys for Plaintiff
11  UNITED STATES OF AMERICA
```

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CV 10-3436-JFW(PLAx) |
|             Plaintiff, ) | |
|                  v. ) | **CONSENT JUDGMENT OF FORFEITURE** |
| $507,998.80 IN BROKERAGE ) FUNDS AND $2,880.00 IN U.S. ) CURRENCY, ) | |
|             Defendants. ) | |
| LI CHEN AND THANH LY, ) | |
|             Claimants. ) | |

On or about May 7, 2010, Plaintiff United States of America ("the government," "the United States of America" or "plaintiff") filed a Complaint for Forfeiture alleging that the defendants

1  $507,998.80 in Brokerage Funds and the defendant $2,880.00 in U.S.
2  Currency (collectively, the "defendants") are subject to forfeiture
3  pursuant to 18 U.S.C. § 981(a)(1)(A) and (C).
4      Claimants Li Chen and Thanh Ly (collectively, "claimants")
5  filed their respective claims to the defendants on or about July
6  12, 2010 and an answer to the Complaint on or about July 8, 2011.
7  No other parties have appeared in this case and the time for filing
8  claims and answers has expired.
9      The government and claimants have now agreed to settle this
10 action and to avoid further litigation by entering into this
11 Consent Judgment of Forfeiture.
12     The Court, having been duly advised of and having considered
13 the matter, and based upon the mutual consent of the parties
14 hereto,
15     IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:
16     1.   This Court has jurisdiction over the subject matter of
17 this action and the parties to this Consent Judgment of Forfeiture.
18     2.   The Complaint for Forfeiture states a claim for relief
19 pursuant to 18 U.S.C. § 981(a)(1)(A) and (C).
20     3.   Notice of this action has been given as required by law.
21 No appearances have been made in the litigation by any person other
22 than claimants.  The Court deems that all other potential claimants
23 admit the allegations of the Complaint for Forfeiture to be true.
24     4.   The sum of $95,000.00 only (without interest) shall be
25 returned to claimant Li Chen.  The remainder of the defendants
26 (i.e., $412,998.80 of the defendant $507,998.80 in brokerage funds
27 and the defendant $2,880.00 in U.S. Currency), plus the interest
28 earned by the United States of America on the defendants shall be

2

condemned and forfeited to the United States of America, which shall dispose of those funds in accordance with law.

5. A total of $57,000.00 of the $95,000.00 in funds to be returned pursuant to paragraph 4 shall be paid to claimant Li Chen by electronic transfer directly into a bank account designated by claimant Li Chen. Claimant Li Chen (through her attorneys of record in this case) shall provide to the United States of America the necessary information in order for the United States of America to complete the $57,000.00 wire transfer, including the bank name and address with respect to the bank where the wire transfer is to be made, and the bank account name, account number, account type and wire transfer routing number. The remaining $38,000.00 of the funds to be returned, which claimants' attorneys of record represent belongs to them, shall be paid by electronic transfer directly into the general account of Sherman & Sherman, which law firm shall provide to the United States of America the necessary information in order for the United States of America to complete the $38,000.00 wire transfer, including the Sherman & Sherman taxpayer identification number, bank name and address with respect to the bank where the wire transfer is to be made, and the bank account name, account number, account type and wire transfer routing number.

6. Claimants, and each of them, hereby release the United States of America, its agencies, agents, officers, employees and representatives, including, without limitation, all agents, officers, employees and representatives of the Department of Justice, the Department of Homeland Security, the United States Customs and Border Protection, the United States Immigration and

Customs Enforcement and their respective agencies, as well as all agents, officers, employees and representatives of any state or local governmental or law enforcement agency involved in the investigation or prosecution of this matter, from any and all claims, actions, or liabilities arising out of this action, including, without limitation, any claim for attorney fees, costs, and interest, which may be asserted by or on behalf of claimant, or either of them, whether pursuant to 28 U.S.C. § 2465 or otherwise.

7. The Court finds that there was reasonable cause for the seizure of the defendants and institution of these proceedings. This judgment shall be construed as a certificate of reasonable cause pursuant to 28 U.S.C. § 2465.

8. The Court further finds that claimants did not substantially prevail in this action, and the parties hereto shall bear their own attorney fees and costs.

DATED: January 31, 2013

_____
THE HONORABLE JOHN F. WALTER
UNITED STATES DISTRICT JUDGE

## CONSENT

The parties hereto consent to the above judgment and waive any right of appeal.

DATED: January 30, 2013

    ANDRÉ BIROTTE JR.
    United States Attorney
    ROBERT E. DUGDALE
    Assistant United States Attorney
    Chief, Criminal Division
    STEVEN R. WELK
    Assistant United States Attorney
    Chief, Asset Forfeiture Section

    /s/ Victor A. Rodgers
    VICTOR A. RODGERS
    Assistant United States Attorney

    Attorneys for Plaintiff
    UNITED STATES OF AMERICA

DATED: January 29, 2013

    SHERMAN & SHERMAN
    A Professional Corporation
    LAW OFFICE OF ERIC HONIG

    /s/ Janet Sherman
    JANET SHERMAN/ERIC HONIG
    Attorneys for Claimants
    LI CHEN and THANH LY

DATED: January 29, 2013

    /s/ Li Chen
    LI CHEN
    CLAIMANT

DATED: January 29, 2013

    /s/ Thanh Ly
    THANH LY
    CLAIMANT